IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Case No. 02-20069-01 KHV
)
JUAN CONTRERAS, )
)
        Defendant. )
_____ )

## ORDER TO DISMISS INDICTMENT

NOW on this 29th day of September, 2005, for good cause shown, pursuant to the motion of counsel for the United States (Doc. #84), the Indictment filed in this case against the defendant, Juan Contreras, shall be and is hereby dismissed.

    IT IS SO ORDERED.

                                    s/ Kathryn H. Vratil
                                    HONORABLE KATHRYN H. VRATIL
                                    UNITED STATES DISTRICT JUDGE